

IN THE
TENTH COURT OF APPEALS

_____

No. 10-22-00274-CV

BRISKHEAT CORPORATION,

                                        Appellant

 v.

CONTINENTAL INSURANCE COMPANY AS
SUBROGEE OF V AND L MGMT CO. AND
WACO BOOM MANUFACTURING, LLC,
V AND L MGMT COMPANY,
WACO BOOM MANUFACTURING, LLC,
SPECIALTY COMPOSITES GROUP, LLC,
481 TEXAS CENTRAL PKWY, LLC AND
MCLENNAN COUNTY EQUIPMENT CO., LLC,

                                        Appellees

_____

From the 414th District Court
McLennan County, Texas
Trial Court No. 2021-74-5

_____

## MEMORANDUM  OPINION

_____

Appellant's Unopposed Motion to Dismiss the Appeal was filed on July 11, 2023.

In its motion, Appellant asserts the parties "have reached an agreement to settle and

compromise their differences" in this cause and have filed a motion to dismiss in the trial court. Appellant requests the Court dismiss this interlocutory appeal because it is moot.

Accordingly, Appellant's Unopposed Motion to Dismiss is granted. This appeal is dismissed. TEX. R. APP. P. 42.1(a)(1); 43.2(f). There being no agreement as to costs, costs are taxed against Appellant. *Id*. 42.1(d).

 

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted; appeal dismissed
Opinion delivered and filed July 26, 2023
[CV06]

